IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:09cr109-MHT |
| LEONEL BRAVO-ZAMORA | ) | (WO) |

OPINION AND ORDER

Upon consideration of the recommendation of the United States Magistrate Judge, to which no objections have been filed; and after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) That the recommendation of the United States Magistrate Judge (doc. no. 33) is adopted; and

(2) That defendant Leonel Bravo-Zamora's motion to suppress (doc. no. 18) is denied.

Done, this the 9th day of December, 2009.


　　　/s/ Myron H. Thompson　　
UNITED STATES DISTRICT JUDGE