IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )        1:09cr109-MHT
                              )           (WO)
LEONEL BRAVO-ZAMORA           )
```

OPINION AND ORDER

Amendment 782 to the 2014 edition of the Sentencing Guidelines revised the guidelines applicable to drug-trafficking offenses.  Following the United States Sentencing Commission's decision to give retroactive effect to the amendment, this court established a Retroactivity Screening Panel to determine whether a defendant might be eligible for a reduction of sentence.  Upon consideration of the recommendation of the Retroactivity Screening Panel entered October 12, 2016, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) Defendant Leonel Bravo-Zamora's motion for sentence reduction (doc. no. 73) is granted as follows.

(2) Pursuant to 18 U.S.C. § 3582(c)(2), defendant Bravo-Zamora's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 188 months is reduced to 151 months.

DONE, this the 12th day of October, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**